

REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. (775)786-3930
Fax. (775)786-4160
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NVEVADA

| | |
|---|---|
| MITCHELL S. HAMMOND, SR.,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF GERALD ANTINORO, an individual and STOREY COUNTY, a political subdivision of the State of Nevada,<br><br>Defendants. | CASE NO: 3:17-CV-00618-CBC<br><br>**STIPULATION AND ORDER FOR NEW HEARING DATE (ECF NO. 37)** |

THE PARTIES HEREBY STIPULATE AND AGREE by and between Plaintiff MITCHELL S. HAMMOND, SR., by and through his attorney DAVID C. MCELHINNEY of the law firm of LEWIS ROCCA ROTHGERBER CHRISTIE, LLP and Defendants SHERIFF GERALD ANTINORO and STOREY COUNTY by and through their attorney of record, REBECCA BRUCH, ESQ. of ERICKSON, THORPE & SWAINSTON, LTD., that the hearing concerning the parties' third stipulation to extend discovery deadlines and request for a discovery dispute hearing (ECF No. 36) scheduled for Friday, November 9, 2018 at 11:00 a.m. (ECF No. 37) be rescheduled to Friday, November 16, 2018 at 11:00 a.m., and that on or before Wednesday, November 14, 2018, the parties file their joint case management report providing a brief summary of the discovery issues related to the hearing as more particularly set forth in the Court's October 29, 2018, Minute Order, (ECF No. 37).

This request is made to accommodate defense counsel's calendar which inadvertently omitted a conflict created by the scheduling of the hearing for November 9, 2018. This request is made to obtain a different date and not to delay.

IT IS SO AGREED AND STIPULATED, November 7, 2018.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ David McElhinney
David C. McElhinney, Esq.
One East Liberty Street, Suite 300
Reno, Nevada 89501
Phone: (775) 321-3414
Email: dmcelhinney@lrrc.com
*Attorneys for Plaintiff*

ERICKSON, THORPE & SWAINSTON, LTD.

By: /s/ Rebecca Bruch
Rebecca Bruch, Esq.
99 West Arroyo Street
Reno, Nevada 89505
Phone: (775) 786-3930
Email: rbruch@etsreno.com
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED that the hearing scheduled for Friday, November 9, 2018 at 11:00 a.m. will now take place on **Friday, November 16, 2018 at 11:00**. The joint case management report summarizing the issues related to: (1) the authorization for military records, and (2) the disputed interrogatories will now be due on or before **Wednesday, November 14, 2018**.

DATED: November 7th, 2018.

UNITED STATES MAGISTRATE JUDGE