REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. (775)786-3930
Fax. (775)786-4160
*Attorneys for Defendants*

___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 17 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NVEVADA

ORDER

| | |
|---|---|
| MITCHELL S. HAMMOND, SR., | CASE NO: 3:17-CV-00618-VPC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS** |
| SHERIFF GERALD ANTINORO, an individual and STOREY COUNTY, a political subdivision of the State of Nevada, | **(First Request)** |
| Defendants. | |

Plaintiff MITCHELL S. HAMMOND, SR., by and through his attorney DAVID C. MCELHINNEY of the law firm of LEWIS ROCCA ROTHGERBER CHRISTIE, LLP and Defendants SHERIFF GERALD ANTINORO and STOREY COUNTY by and through their attorney of record, REBECCA BRUCH, ESQ. of ERICKSON, THORPE & SWAINSTON, LTD., hereby stipulate and agree that the deadline for dispositive motions be extended beyond the current deadline of July 1, 2019, by 45 days to a new date of Thursday, August 15, 2019.

///
///
///
///
///
///

This extension is necessitated by Defendants' counsel's calendar conflicts, including out-of-town travel.

This request for an extension is not intended to cause unnecessary delay. Discovery in this matter has been completed and neither party anticipates a need to reopen discovery or conduct any additional discovery.

Dated this 13th day of June, 2019.

                LEWIS ROCA ROTHGERBER CHRISTIE LLP


By:   /s/ David McElhinney
      David C. McElhinney, Esq.
      One East Liberty Street, Suite 300
      Reno, Nevada 89501
      Phone: (775) 321-3414
      Email: dmcelhinney@lrrc.com
      *Attorneys for Plaintiff*


ERICKSON, THORPE & SWAINSTON, LTD.


By:   /s/ Rebecca Bruch
      Rebecca Bruch, Esq.
      99 West Arroyo Street
      Reno, Nevada 89505
      Phone: (775) 786-3930
      Email: rbruch@etsreno.com
      *Attorneys for Defendants*

## ORDER

The current deadline for the filing of dispositive motions is hereby extended from the current deadline of July 1, 2019, to a new date of Thursday, August 15, 2019.

This 17th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE