1 | REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
2 | 99 W. Arroyo Street
Reno, Nevada 89509
3 | Tel. (775)786-3930
Fax. (775)786-4160
4 | *Attorneys for Defendants*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 5 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NVEVADA

MITCHELL S. HAMMOND, SR.,

Plaintiff,

v.

SHERIFF GERALD ANTINORO, an individual and STOREY COUNTY, a political subdivision of the State of Nevada,

Defendants.

CASE NO: 3:17-CV-00618-~~VPC~~ CBC

*ORDER*

**STIPULATION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS
(Third Request)**

Plaintiff MITCHELL S. HAMMOND, SR., by and through his attorney DAVID C. MCELHINNEY of the law firm of LEWIS ROCCA ROTHGERBER CHRISTIE, LLP and Defendants SHERIFF GERALD ANTINORO and STOREY COUNTY by and through their attorney of record, REBECCA BRUCH, ESQ. of ERICKSON, THORPE & SWAINSTON, LTD., hereby stipulate and agree that the deadline for dispositive motions be extended beyond the current deadline of November 13, 2019, by 30 days to a new date of Friday, December 13, 2019.

///
///
///
///
///
///

1

This extension is necessitated by a personal family matter experienced by Mr. Hammond. Mr. Hammond remains on extended leave from the Storey County Sheriff's Office until at least the end of February 2020.

On July 23 2019, counsel for the parties participated in a telephone conference with the Court to discuss the personal family matter which Mitchell Hammond had suffered. Counsel for the parties have met and determined the dispositive motions can be prepared despite Mr. Hammond's situation. The parties have stipulated to a deadline for dispositive motions to December 13, 2019.

Dated this 4th day of November, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ David McElhinney
David C. McElhinney, Esq.
One East Liberty Street, Suite 300
Reno, Nevada 89501
Phone: (775) 321-3414
Email: dmcelhinney@lrrc.com
*Attorneys for Plaintiff*

ERICKSON, THORPE & SWAINSTON, LTD.

By: /s/ Rebecca Bruch
Rebecca Bruch, Esq.
99 West Arroyo Street
Reno, Nevada 89505
Phone: (775) 786-3930
Email: rbruch@etsreno.com
*Attorneys for Defendants*

[Remainder of page left intentionally blank.]

# ORDER

The current deadline for the filing of dispositive motions is hereby extended from the current deadline of November 13, 2019, to a new date of Friday, December 13, 2019.

This 5th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE