REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. (775)786-3930
Fax. (775)786-4160
*Attorneys for Defendants*

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 0 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NVEVADA

| | |
|---|---|
| MITCHELL S. HAMMOND, SR.,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF GERALD ANTINORO, an individual and STOREY COUNTY, a political subdivision of the State of Nevada,<br><br>Defendants. | CASE NO: 3:17-CV-00618-CLB<br><br>ORDER<br><br>**STIPULATION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**<br>**(Fourth Request)** |

Plaintiff MITCHELL S. HAMMOND, SR., by and through his attorney DAVID C. MCELHINNEY of the law firm of LEWIS ROCCA ROTHGERBER CHRISTIE, LLP and Defendants SHERIFF GERALD ANTINORO and STOREY COUNTY by and through their attorney of record, REBECCA BRUCH, ESQ. of ERICKSON, THORPE & SWAINSTON, LTD., hereby stipulate and agree that the deadline for dispositive motions be extended beyond the current deadline of Friday, December 13, 2019, by 30 days to a new date of Monday, January 13, 2020.

///
///
///
///
///
///

This extension is requested to accommodate calendar conflicts related to holidays and personal matters, as well as other work-related matters.

Dated this 9th day of December, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ David McElhinney
David C. McElhinney, Esq.
One East Liberty Street, Suite 300
Reno, Nevada 89501
Phone: (775) 321-3414
Email: dmcelhinney@lrrc.com
*Attorneys for Plaintiff*

ERICKSON, THORPE & SWAINSTON, LTD.

By: /s/ Rebecca Bruch
Rebecca Bruch, Esq.
99 West Arroyo Street
Reno, Nevada 89505
Phone: (775) 786-3930
Email: rbruch@etsreno.com
*Attorneys for Defendant*

**ORDER**

The current deadline for the filing of dispositive motions is hereby extended from the current deadline of Friday, December 13, 2019, to a new date of Monday, January 13, 2020.

This 10th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE