1  REBECCA BRUCH, ESQ. (SBN 7289)
   ERICKSON, THORPE & SWAINSTON, LTD.
2  99 W. Arroyo Street
   Reno, Nevada 89509
3  Tel. (775)786-3930
   Fax. (775)786-4160
4  *Attorneys for Defendants*

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

        JAN 1 3 2020

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NVEVADA

| | |
|---|---|
| MITCHELL S. HAMMOND, SR.,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF GERALD ANTINORO, an individual and STOREY COUNTY, a political subdivision of the State of Nevada,<br><br>Defendants. | CASE NO: 3:17-CV-00618-CLB<br><br>ORDER<br>**STIPULATION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**<br>**(Fifth Request)** |

Plaintiff MITCHELL S. HAMMOND, SR., by and through his attorney DAVID C. MCELHINNEY of the law firm of LEWIS ROCCA ROTHGERBER CHRISTIE, LLP and Defendants SHERIFF GERALD ANTINORO and STOREY COUNTY by and through their attorney of record, REBECCA BRUCH, ESQ. of ERICKSON, THORPE & SWAINSTON, LTD., hereby stipulate and agree that the deadline for dispositive motions be extended beyond the current deadline of Monday, January 13, 2020, by 30 days to a new date of Wednesday, February 12, 2020.

///
///
///
///
///
///

1

This extension is requested because defense counsel has encountered an unexpected medical issue that requires immediate attention. Defense counsel is anticipating a speedy resolution of the situation, but will be out of her office for unscheduled medical appointments and a medical procedure. Defense counsel appreciates the Court's consideration of this unanticipated matter.

Dated this 10th day of January, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ David McElhinney
David C. McElhinney, Esq.
One East Liberty Street, Suite 300
Reno, Nevada 89501
Phone: (775) 321-3414
Email: dmcelhinney@lrrc.com
*Attorneys for Plaintiff*

ERICKSON, THORPE & SWAINSTON, LTD.

By: /s/ Rebecca Bruch
Rebecca Bruch, Esq.
99 West Arroyo Street
Reno, Nevada 89505
Phone: (775) 786-3930
Email: rbruch@etsreno.com
*Attorneys for Defendant*

**ORDER**

The current deadline for the filing of dispositive motions is hereby extended from the current deadline of Monday, January 13, 2020, to a new date of Wednesday, February 12, 2020.

This 13th day of January, 2019.

UNITED STATES MAGISTRATE JUDGE

2