David C. McElhinney
State Bar No. 33
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel: 775.321-3414
E-mail: dmcelhinney@lrrc.com

*Attorneys for Plaintiff MITCHELL S. HAMMOND, SR.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL S. HAMMOND, SR., <br><br> Plaintiff, <br> v. <br><br> SHERIFF GERALD ANTINORO, an individual and STOREY COUNTY, a political subdivision of the State of Nevada, <br><br> Defendants. | CASE NO. 3:17-CV-00618-CLB <br><br> **STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO DISPOSITIVE MOTION** |

    Plaintiff MITCHELL S. HAMMOND, SR., by and through his attorney DAVID C. MCELHINNEY of the law firm of LEWIS ROCA ROTHGERBER CHRISTIE LLP and Defendants SHERIFF GERALD ANTINORO and STOREY COUNTY by and through their attorney of record, REBECCA BRUCH of ERICKSON, THORPE & SWAINSTON, LTD., hereby stipulate and agree that the deadline for Plaintiff's response to Defendants' dispositive motion be extended beyond the current deadline of Wednesday, March 4, 2020, by 30 days to a new date of Friday, April 3, 2020.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

110600046.1

This extension is requested to accommodate calendar conflicts and other work-related matters of Plaintiff's counsel.

DATED this 28th day of February, 2020.

        LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ David C. McElhinney
    David C. McElhinney, SBN 33
    One East Liberty Street, Suite 300
    Reno, Nevada 89501-2128
    *Attorneys for Plaintiff*

ERICKSON, THORPE & SWAINSTON, LTD.

By: /s/ Rebecca Bruch
    Rebecca Bruch, Esq.
    99 West Arroyo Street
    Reno, Nevada 89505
    Phone: (775) 786-3930
    Email: rbruch@etsreno.com
    *Attorneys for Defendant*

## ORDER

The current deadline for the filing of Plaintiff's response to Defendants' dispositive motion is hereby extended from the current deadline of Wednesday, March 4, 2020, to a new date of Friday, April 3, 2020.

This 2nd day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2

110600046.1