David C. McElhinney
State Bar No. 33
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel: 775.321-3414
E-mail: dmcelhinney@lrrc.com

Attorneys for Plaintiff MITCHELL S. HAMMOND, SR.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL S. HAMMOND, SR.,<br><br>Plaintiff,<br>v.<br><br>SHERIFF GERALD ANTINORO, an individual and STOREY COUNTY, a political subdivision of the State of Nevada,<br><br>Defendants. | CASE NO. 3:17-CV-00618-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff MITCHELL S. HAMMOND, SR., by and through his attorney DAVID C. MCELHINNEY of the law firm of LEWIS ROCA ROTHGERBER CHRISTIE LLP and Defendants SHERIFF GERALD ANTINORO and STOREY COUNTY by and through their attorney of record, REBECCA BRUCH of ERICKSON, THORPE & SWAINSTON, LTD., hereby stipulate and agree that the deadline for Plaintiff's response to Defendants' Motion For Summary Judgment be extended beyond the current deadline of Friday, April 3, 2020, by 30 days to a new date of Monday, May 4, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

110837218.1

This extension is requested to accommodate workflow complications around the evolving public health crisis (COVID-19) and not to unnecessarily delay these proceedings.

DATED this 31st day of March, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ David C. McElhinney
David C. McElhinney, SBN 33
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
*Attorneys for Plaintiff*

ERICKSON, THORPE & SWAINSTON, LTD.

By: /s/ Rebecca Bruch
Rebecca Bruch, Esq.
99 West Arroyo Street
Reno, Nevada 89505
Phone: (775) 786-3930
Email: rbruch@etsreno.com
*Attorneys for Defendant*

## ORDER

The current deadline for the filing of Plaintiff's response to Defendants' Motion for Summary Judgment is hereby extended from the current deadline of Friday, April 3, 2020, by 30 days to a new date of Monday, May 4, 2020.

This  1st  day of   April  , 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2