1  REBECCA BRUCH, ESQ. (SBN 7289)
   ERICKSON, THORPE & SWAINSTON, LTD.
2  99 W. Arroyo Street
   Reno, Nevada 89509
3  Tel. (775)786-3930
   Fax. (775)786-4160
4  *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NVEVADA

| | |
|---|---|
| MITCHELL S. HAMMOND, SR., | CASE NO: 3:17-CV-00618-CBC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINE FOR REPLY TO RESPONSE TO DISPOSITIVE MOTION** |
| SHERIFF GERALD ANTINORO, an individual and STOREY COUNTY, a political subdivision of the State of Nevada, | |
| Defendants. | |

Plaintiff MITCHELL S. HAMMOND, SR., by and through his attorney DAVID C. MCELHINNEY of the law firm of LEWIS ROCCA ROTHGERBER CHRISTIE, LLP and Defendants SHERIFF GERALD ANTINORO and STOREY COUNTY by and through their attorney of record, REBECCA BRUCH, ESQ. of ERICKSON, THORPE & SWAINSTON, LTD., hereby stipulate and agree that the deadline for Defendants to reply to *Plaintiff's Response to Defendants' Motion for Summary Judgment* (ECF No. 62) be extended by thirty (30) days from the current deadline of Monday, May 11, 2020, up to and including, a new date of Wednesday, June 10, 2020.

///

///

///

///

///

1

This extension is requested to accommodate workflow complication stemming from the current COVID-19 pandemic and is sought in good-faith and not for purposes of delay. Defense counsel appreciates the Court's consideration of this unanticipated matter.

Dated this 6th day of May, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ David McElhinney
David C. McElhinney, Esq.
One East Liberty Street, Suite 300
Reno, Nevada 89501
Phone: (775) 321-3414
Email: dmcelhinney@lrrc.com
*Attorneys for Plaintiff*

ERICKSON, THORPE & SWAINSTON, LTD.

By: /s/ Rebecca Bruch
Rebecca Bruch, Esq.
99 West Arroyo Street
Reno, Nevada 89505
Phone: (775) 786-3930
Email: rbruch@etsreno.com
*Attorneys for Defendant*

**ORDER**

The current deadline for the filing for Defendants to reply to *Plaintiff's Response to Defendants' Motion for Summary Judgment* is hereby extended from the current deadline of Monday, May 11, 2020, to a new date of Wednesday, June 10, 2020.

This __7th__ day of _____May_____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE