David C. McElhinney
State Bar No. 33
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel: 775.321-3414
E-mail: dmcelhinney@lrrc.com

*Attorneys for Plaintiff MITCHELL S. HAMMOND, SR.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL S. HAMMOND, SR., <br><br> Plaintiff, <br> v. <br><br> SHERIFF GERALD ANTINORO, an individual and STOREY COUNTY, a political subdivision of the State of Nevada, <br><br> Defendants. | CASE NO. 3:17-CV-00618-CLB <br><br> **JOINT REQUEST, STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING OF PROPOSED JOINT PRETRIAL ORDER UNTIL AFTER SETTLEMENT CONFERENCE** |

Plaintiff, MITCHELL S. HAMMOND, SR., by and through his attorney DAVID C. MCELHINNEY of the law firm of LEWIS ROCA ROTHGERBER CHRISTIE LLP and Defendants, SHERIFF GERALD ANTINORO and STOREY COUNTY, by and through their attorney of record, REBECCA BRUCH of LEMONS GRUNDY & EISENBERG hereby stipulate and request that this Court enter an order extending the deadline to file the Proposed Joint Pretrial Order from the current deadline of Friday, September 25, 2020 to Friday, October 28, 2020 which is two (2) weeks after the Settlement Conference currently scheduled for October 14, 2020. The additional time will allow the parties the opportunity to explore and hopefully enter into a good faith settlement.

/ / /

/ / /

/ / /

112372957.1

The requested extension of time will not prejudice the interests of the Plaintiff nor the Defendants and is believed to be in the interest of judicial economy and use of attorney time and resources. This is the parties' first request for an extension of this deadline.

DATED this 23rd day of September, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ David C. McElhinney
David C. McElhinney, SBN 33
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
*Attorneys for Plaintiff*

LEMONS, GRUNDY & EISENBERG

By: /s/ Rebecca Bruch
Rebecca Bruch, Esq.
6005 Plumas Street, #300
Reno, Nevada 89519
Phone: (775) 786-6868
Email: rb@lge.net
*Attorneys for Defendants*

**ORDER**

The current deadline for the filing of the Proposed Joint Pretrial Order is hereby extended from the current deadline of Friday, September 25, 2020, to a new date of Wednesday, October 28, 2020.

This 24th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE