**REBECCA BRUCH, ESQ.**
Nevada Bar No. 7289
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Tel. (775)786-6868
Email: rb@lge.net

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL S. HAMMOND,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF GERALD ANTINORO, an individual and STOREY COUNTY, a political subdivision of the State of Nevada<br><br>Defendants. | Case No. 3:17-cv-00618-CLB<br><br>**STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE** |

Plaintiff MITCHELL S. HAMMOND, SR., by and through his attorney DAVID MCELHINNEY of the law firm of LEWIS ROCCA ROTHGERBER CHRISTIE, LLP and Defendants SHERIFF GERALD ANTINORO and STOREY COUNTY by and through their attorney of record, REBECCA BRUCH of LEMONS, GRUNDY & ESIGENBERG., hereby stipulate and agree to reschedule the settlement conference currently scheduled with the Court for March 17, 2021.

Defense counsel has been scheduled to receive her second COVID vaccination on March 16, 2021. Alternative dates were not offered. In anticipation of potential serious side effects experienced by a substantial number of people after receiving the second vaccination, defense counsel does not want to inconvenience the Court and others involved by a last-minute cancellation on the morning of the settlement conference. In

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

an abundance of caution, defense counsel would request, and plaintiff's counsel has no objection to a rescheduling of the settlement conference to a date convenient to the Court's calendar.  In the meantime, defense counsel and plaintiff's counsel have agreed to engage in a discussion to reach a resolution prior to a settlement conference being conducted by the Court.

DATED this 24th day of February, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ David C. McElhinney
David C. McElhinney, Esq. (SBN33)
One East Liberty Street, Suite 300
Reno, Nevada 89501
*Attorneys for Plaintiff*

LEMONS, GRUNDY & EISENBERG

By: /s/ Rebecca Bruch
Rebecca Bruch, Esq. (SBN7289)
6005 Plumas St., Third Floor
Reno, Nevada 89519
*Attorneys for Defendants*

## ORDER

The settlement conference currently scheduled for March 17, 2021 will be vacated, and a new date and time will be coordinated with counsel by the Court Clerk.

Dated this  24th  day of  February , 2021

_____
United States Magistrate Judge

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2