**REBECCA BRUCH, ESQ.**
Nevada Bar No. 7289
**ALICE CAMPOS MERCADO, ESQ.**
Nevada Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Tel. (775)786-6868
Email: rb@lge.net; acm@lge.net

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL S. HAMMOND,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF GERALD ANTINORO, an individual and STOREY COUNTY, a political subdivision of the State of Nevada<br><br>Defendants. | Case No. 3:17-cv-00618-CLB<br><br>**STIPULATION TO VACATE SETTLEMENT CONFERENCE** |

Plaintiff MITCHELL S. HAMMOND, SR., by and through his attorney DAVID MCELHINNEY of the law firm of LEWIS ROCCA ROTHGERBER CHRISTIE, LLP and Defendants SHERIFF GERALD ANTINORO and STOREY COUNTY by and through their attorneys, REBECCA BRUCH and ALICE CAMPOS MERCADO of LEMONS, GRUNDY & EISENBERG, hereby stipulate and agree that the settlement conference currently scheduled with the Court for May 7, 2021 may be vacated.

The parties will continue to engage in good-faith settlement discussions regarding this case, but at this time are not in a range that would indicate a likelihood of success.

///

///

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

The parties have not foreclosed settlement and intend to continue collaborating toward a potential resolution of this action; however, at this time the parties agree that settlement conference will not be a productive use of the court's and the parties' resources.

DATED this 26th day of April, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ David C. McElhinney
David C. McElhinney, Esq. (SBN33)
One East Liberty Street, Suite 300
Reno, Nevada 89501
*Attorneys for Plaintiff*

LEMONS, GRUNDY & EISENBERG

By: /s/ Rebecca Bruch
Rebecca Bruch, Esq. (SBN7289)
Alice Campos Mercado, Esq. (SBN 4555)
*Attorneys for Defendants*

**ORDER**

The settlement conference currently scheduled for May 7, 2021 will be vacated, and this matter shall be set for trial.

Dated this 27th day of April, 2021

HON. CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868