UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL HAMMOND,<br><br>          Plaintiff,<br><br>v.<br><br>SHERIFF GERALD ANTINORO, et al.,<br><br>          Defendants. | Case No. 3:17-CV-0618-CLB<br><br>**ORDER REQUESTING STATUS REPORT** |

On May 20, 2021, this Court held a status hearing. (ECF No. 93.) At the hearing the parties advised that a private mediation was scheduled on June 28, 2021. (*Id.*) The Court stayed this matter pending the outcome of the mediation. (*Id.*) The parties have not filed a status report advising this matter was settled at the mediation. (*Id.*)  Therefore, the parties shall file a proposed joint pretrial order or stipulation to dismiss on or before **Friday, September 24, 2021.**

DATED:  August 24, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**