UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL HAMMOND,<br><br>                              Plaintiff,<br><br>      v.<br><br>SHERIFF GERALD ANTINORO, et al.,<br><br>                              Defendants. | Case No. 3:17-CV-0618-CLB<br><br>**ORDER TO FILE STIPULATION TO DISMISS** |

  The Court has reviewed the joint notice of settlement by the parties. (ECF No. 95.) The deadline to file the proposed joint pretrial order is hereby vacated. (ECF No. 94.). A stipulation to dismiss shall be filed on or before **September 15, 2021**.

  DATED: August 24, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**