1    DAVID C. MCELHINNEY
     Nevada Bar No. 33
2    LEWIS ROCA ROTHGERBER CHRISTIE LLP
     One East Liberty Street, Suite 300
3    Reno, Nevada 89501-2128
     Tel: 775.321-3414
4    Fax: 775-823-2929
     Email: dmcelhinney@lrrc.com
5
     *Attorneys for Plaintiff*
6

7

8                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
9

10   MITCHELL S. HAMMOND, SR.,              CASE NO: 3:17-CV-00618-CLB

11            Plaintiff,

12   v.                                     **STIPULATION FOR DISMISSAL
                                            WITH PREJUDICE**
13   SHERIFF GERALD ANTINORO, an
     individual and STOREY COUNTY, a political
14   subdivision of the State of Nevada,

15            Defendant.

16

17

18          Plaintiff MITCHELL S. HAMMOND, SR., by and through his attorney DAVID C.

19   MCELHINNEY of the law firm of LEWIS ROCA ROTHGERBER CHRISTIE LLP and

20   Defendants SHERIFF GERALD ANTINORO and STOREY COUNTY by and through their

21   attorneys of record, REBECCA BRUCH and ALICE CAMPOS MERCADO of  LEMONS

22   GRUNDY & EISENBERG ( collectively, the "PARTIES"), hereby stipulate and agree that this

23   matter has settled and pursuant to FRCP 41(a)(1)(A)(ii), the PARTIES, hereby request this

24   / / /

25   / / /

26   / / /

27   / / /

28
     115541993.1

1  Court's Order dismissing the action with prejudice, with each Party to bear his, her and its own

2  costs and attorneys' fees.

3       DATED this 15th day of September, 2021.

4

5                                    LEWIS ROCA ROTHGERBER CHRISTIE LLP

6                                    By: /s/ *David C. McElhinney*
                                         David C. McElhinney, SBN 33
7                                        One East Liberty Street, Suite 300
                                         Reno, Nevada 89501-2128
8                                        Email:  dmcelhinney@lewisroca.com
9                                        *Attorneys for Plaintiff*

10

11                                   LEMONS GRUNDY & EISENBERG

12

13                                   By: /s/ *Rebecca Bruch*
                                         Rebecca Bruch, Esq.
14                                       6005 Plumas Street, #300
                                         Reno, Nevada 89519
15                                       Phone:  (775) 786-6868
                                         Email:  rb@lge.net
16                                       *Attorneys for Defendants*

17

18                                    **ORDER**

19       Pursuant to the PARTIES stipulation, and good cause appearing, this action is

20  hereby dismissed with prejudice, with each Party to bear his, her and its own costs and attorneys'

21  fees.

22       Dated this  15th  day of  September , 2021.

23

24                                   _____

25                                   HON. CARLA L. BALDWIN
                                     UNITED STATES MAGISTRATE JUDGE
26

27

28

115541993.1